

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00299-CV

**TEXAS MILITARY DEPARTMENT**,
Appellant

v.

Rogerio **ESTRADA**, Jr., and Marta Gonzalez Estrada,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-24-9
Honorable Jose Luis Garza, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order denying appellant Texas Military Department's plea to the jurisdiction is REVERSED. We RENDER judgment dismissing appellees' claims against the Texas Military Department. We order appellees to pay the costs of this appeal.

SIGNED August 20, 2025.

_____
Lori I. Valenzuela, Justice